## United States District Court

## CERTIFICATE OF SERVICE



United States of America

                Plaintiff(s)

vs

Victor Castillo

                Defendant(s)

Case No.: 2:13-cv-420

Court Date: 09/16/2013

The undersigned being duly sworn, states:

I am over the age of 18 years old and not a party in the above named entitled action.

**I MADE SERVICE OF:**   Order to Show Cause; Petition for Order to Show Cause

**SERVICE ON:**   Victor Castillo

**ADDRESS:**   9539 21st Bay Street, Apartment # 101, Norfolk, VA 23518-1660

**DATE SERVED:**   09/11/2013   **TIME SERVED:**   11:11 AM

(XX) POSTED SERVICE– BY POSTING ON FRONT DOOR OR SUCH OTHER DOOR AS APPEARS TO BE THE MAIN ENTRANCE OF THE USUAL PLACE OF ABODE, ADDRESS LISTED ABOVE. (OTHER AUTHORIZED RECIPIENT NOT FOUND.)

*Comments: 8-28-2013 @ 10:58 A.M. – No one home, left card – 9-04-2013 @ 11:29 A.M. – No one home, left card – 9-06-2013 @ 3:40 P.M. – Young girl came to the door – She was communicating with another person behind the door. She was speaking Spanish. She said she never heard of the anyone by the name Castillo. – 9-11-2013 @ 11:11 A.M. – Current address verified by licensed vehicles.*

I declare under penalty of perjury that the return is true and correct.

_____   Date September 15, 2013
Ryan Rodriguez
Driskell Services, Inc.
4510 Holland Office Park,
Virginia Beach, VA 23452
757-961-6961

**SUBSCRIBED AND SWORN To** before me a notary public, 09/15/2013
In the City of Norfolk and the Commonwealth of Virginia.

_____

Teena Marie Driskell, Notary Public

Commission#: 268501

My Commission Expires: 4-30-2014

